## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL
FOUNDATION,
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

       *Plaintiff*,

     v.

U.S. CYBERSECURITY AND INFRA-
STRUCTURE SECURITY AGENCY
Stop 0380, 245 Murray Lane,
Washington D.C. 20528

and

U.S. DEPARTMENT OF HOMELAND
SECURITY
2707 Martin Luther King Jr Ave SE,
Washington, D.C. 20528

       *Defendants*.

Civil Action No. 1:26-cv-562

## COMPLAINT

1.    Plaintiff America First Legal Foundation ("AFL") brings this action against the U.S. Cybersecurity and Infrastructure Security Agency and the U.S. Department of Homeland Security to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1

## JURISDICTION AND VENUE

2.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

3.      Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.      Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5.      Defendant, U.S. Cybersecurity and Infrastructure Security Agency ("CISA"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at Stop 0380, 245 Murray Lane, Washington, D.C. 20528, and has possession and control of the records AFL seeks.

6.      Defendant, U.S. Department of Homeland Security ("DHS"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 2707 Martin Luther King Jr Ave SE, Washington, D.C. 20528.

**FACTS**

7.     On December 9, 2025, AFL filed a FOIA request with CISA seeking records related to the Biden Administration's Misinformation, Disinformation, and Malinformation ("MDM") policies. Exhibit 1.

8.     On the same day, AFL filed a similar FOIA request with DHS. Exhibit 2.

9.     On December 12, 2025, CISA acknowledged AFL's FOIA request, assigned it tracking number 2026-NPFO-00162, and denied AFL's request for expedited processing. Exhibit 3.

10.     As of the date of filing, AFL has received no further communications from CISA concerning this request.

11.     On December 11, 2025, DHS acknowledged AFL's FOIA request, assigned it tracking number 2026-HQFO-01237, and denied AFL's request for expedited processing. Exhibit 4.

12.     As of the date of filing, AFL has received no further communications from DHS concerning this request.

**CLAIM**
**Violation of FOIA, 5 U.S.C. § 552**

13.     AFL repeats and realleges paragraphs 1–12.

14.     AFL properly requested records within the possession, custody, and control of the Defendants.

15.     The Defendants have failed to produce the requested records within the statutory time limit.

16.    Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

17.    Additionally, in each instance, AFL sufficiently demonstrated that expedited processing was appropriate by citing widespread media interest in these issues.

18.    Yet, the Defendants failed to comply with FOIA and their own regulations by denying AFL's requests for expedited processing.

19.    Accordingly, the Defendants have violated the FOIA.

### PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests this Court:

i.    Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii.    Order the Defendants to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii.    Order the Defendants to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv.    Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v.    Grant AFL such other and further relief as this Court deems proper.

February 19, 2026                              Respectfully submitted,

                                               */s/ Robert A. Crossin*
                                               Robert A. Crossin (DC Bar #90036740)

4

Trey Donathan (NC Bar #63878)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org
trey.donathan@aflegal.org

* Motion *pro hac vice* forthcoming

*Counsel for Plaintiff*